July 11, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DANA T. SMITH, Appellant

NO. 14-13-00343-CV                    V.

LAKEVILLE COMMUNITY ASSOCIATION, SAMUEL MEDINA AND
SANTA LUCIA MEDINA D/B/A MEDINA TOWING, DIST. 4 AUTO
STORAGE, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on April 4, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Dana T. Smith.

We further order this decision certified below for observance.